NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 08a0407n.06
Filed: July 7, 2008

No. 07-4110

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DEBORAH GUTHRIE, o/b/o BERNARD COE
(deceased),

      Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

      Defendant-Appellee.

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF OHIO

_____/

Before:      MARTIN and GRIFFIN, Circuit Judges, and GIBSON,[*] Senior Circuit Judge.

      PER CURIAM. Deborah Guthrie challenges the administrative law judge's ruling denying her deceased husband, Bernard Coe, disability benefits for the time period from June 18, 2000 to September 5, 2004.

      The district court affirmed the denial of Coe's benefits, citing the substantial evidence in support of the administrative law judge's finding that Coe had only a mild impairment and that Coe could perform a full range of sedentary work, which qualified him for a significant number of jobs. We agree with the magistrate judge that the administrative law judge's findings and inferences were

---

      [*]The Honorable John R. Gibson, Senior Circuit Judge for the Eighth Circuit of the United States Court of Appeals, sitting by designation.

reasonably drawn from the record and supported by substantial evidence. Accordingly, we affirm

on the basis of the magistrate judge's opinion.